**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:25-mj-00010-HBK |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| Jessica Gonzalez | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. §§ 4.2(b) incorporating CVC 23101, 4.14(b) |
| **Sentence Date:** | July 1, 2025 |
| **Review Hearing Date:** | July 7, 2026 |
| **Probation Expires On:** | July 1, 2027 |

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00 which Total Amount is made up of a Fine: $ 990.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete a Wet Reckless Offenders program accepted by the California DMV or equivalent program; abstain from the use or possession of alcohol and not frequent establishments where the primary business of sale is alcohol; abstain from operating a motor vehicle with any detectable amount of alcohol in her system; and abide by chemical tests if requested by law enforcement.

## DEFENSE POSITION:

☒ To date, Defendant has paid a total of $ 1,010.00
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:  $

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☒ Compliance with Other Conditions of Probation:  Ms. Gonzalez has maintained her special conditions and has already enrolled in a wet reckless course to be completed while on probation.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

☒    The Government agrees to the above-described compliance.

☐    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Nancy Phillipe (Rule 180)

*DEFENDANT'S REQUEST (OPTIONAL):*

        In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 7/7/2026 at 10:00 a.m.

        ☒    be vacated given Ms. Gonzalez's demonstrated compliance and additional review hearing set for 5/11/2027.  In the alternative, Ms. Gonzalez would request to appear remotely given her temporary employment in Alaska. The government does not object to a remote appearance.

DATED:  6/25/2026

                                          */s/ Lisa Ndembu Lumeya*
                                          DEFENDANT'S COUNSEL

**O R D E R**

        The Court having considered the defendant's request,

        **IT IS HEREBY ORDERED** that the Defendant's request (Doc. 12) is:

        ☒    GRANTED.  The Court orders that the Defendant may appear by remote means for her July 7, 2026 review hearing.

        ☐    DENIED.

Dated:    June 25, 2026

                                     HELENA M. BARCH-KUCHTA
                                     UNITED STATES MAGISTRATE JUDGE